UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| RED LION HOTELS FRANCHISING, INC., a Washington corporation, | NO: 2:19-CV-0061-TOR |
|---|---|
| Plaintiff/Counter Defendant, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| MINNESOTA HOSPITALITY, INC., a North Dakota Corporation, | |
| Defendant/Counterclaimant. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 17). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c) and seeks an order dismissing with prejudice all claims and all counterclaims asserted by the named parties in this lawsuit, with each party to bear its own costs, including attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii) and (c), the parties may dismiss an action and counterclaim by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and (c) the parties' stipulation, all claims and all counterclaims asserted by the named parties in this lawsuit are dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 22, 2019.



THOMAS O. RICE
Chief United States District Judge