# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  2:19-CV-0061-TOR |
| | ) |
| | ) |
| MINNESOTA HOSPITALITY, INC., | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:
  Pursuant to Rule 41(a)(1)(A)(ii) and (c) the parties' stipulation, all claims and all counterclaims asserted by the named parties in this lawsuit are dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    THOMAS O. RICE _____ on the parties' Stipulated Motion to
                                                                      Dismiss (ECF No. 17).

Date:   October 22, 2019 _____

                                                  *CLERK OF COURT*

                                                  SEAN F. McAVOY
                                                  _____

                                                  *s/ Bridgette Fortenberry*
                                                  _____
                                                             *(By) Deputy Clerk*
                                                  Bridgette Fortenberry
                                                  _____